IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**UNITED STATES OF AMERICA**                                                                  **RESPONDENT**

v.                             No. 4:13-cr-40029
                               No. 4:14-cv-4044

**KAIVEN WESLEY**                                                                              **MOVANT**

### ORDER

Movant, a Defendant in this criminal matter, has submitted her Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence. ECF No. 51. The Court has reviewed the Motion and finds the Government should respond.

**IT IS HEREBY ORDERED** that the United States of America, by and through the United States Attorney for the Western District of Arkansas, is ordered to answer or otherwise respond to the issues raised by the Motion within sixty (60) days of the date of this Order.

**ENTERED** this **7th day of April 2014.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Barry A. Bryant
　　　　　　　　　　　　　　　　　　　　　　　　　　HON. BARRY A. BRYANT
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE