IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                    RESPONDENT

v.                                        Case No. 4:13-cr-40029
                                                4:14-cv-4044

KAIVEN WESLEY                                                                                      MOVANT

## ORDER

Before the Court is the Report and Recommendation filed February 3, 2015 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 24). Judge Bryant recommends that Defendant's Motion to Vacate, Set Aside, or Correct Sentence be denied.

The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). The Court adopts the Report and Recommendation *in toto*. Accordingly, Defendant's Motion to Vacate, Set Aside, or Correct Sentence (ECF No. 30) is hereby **DENIED**. Pursuant to 28 U.S.C. §1915(a), the Court finds that an appeal from the denial of this motion would not be taken in good faith.

**IT IS SO ORDERED**, this 30th day of April, 2015.

                                                                /s/ Susan O. Hickey
                                                                Susan O. Hickey
                                                                United States District Judge

1